# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

FRANK GLASKER INGRAM,

**Plaintiff,**

v.  Civil No.: 05-164-TC

NEW DIRECTION DRUG PROGRAM, DEPARTMENT
OF CORRECTIONS,

**Defendants.**

# FINDINGS AND RECOMMENDATION

Plaintiff was ordered on November 30, 2005, to file an amended complaint within 30 days of this court's order dismissing plaintiff's initial complaint. To date nothing has been filed.

This action should be dismissed for plaintiff's failure to prosecute and failure to comply with a court order.

Dated: January 11, 2006.

_____
United States Magistrate Judge

FINDINGS AND RECOMMENDATION